UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL A. FRIMMEL,

Plaintiff

v.

ROMEO ARANAS, et al.,

Defendants

Case No. 3:18-cv-00144-RCJ-WGC

ORDER

## I. DISCUSSION

Plaintiff seeks an additional 60 days to file his first amended complaint up "to and including June 6, 2019." (ECF No. 17 at 1). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before June 6, 2019. If Plaintiff fails to file a timely first amended complaint, this action shall proceed immediately against Defendant Belanger on the First Amendment retaliation claim only. (*See* ECF No. 15 at 17).

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 17) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before June 6, 2019.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action shall proceed immediately against Defendant Belanger on the First Amendment retaliation claim only.

DATED: April 10, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE