UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL A. FRIMMEL,

Plaintiff

v.

ROMEO ARANAS, *et al.*,

Defendants

Case No. 3:18-cv-00144-RCJ-WGC

ORDER

**I. DISCUSSION**

Plaintiff seeks an additional 21 days to file his first amended complaint up to June 27, 2019 because he is in administrative segregation and recently told he will be transferring. (ECF No. 22 at 1-2). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before June 27, 2019. If Plaintiff fails to file a timely first amended complaint, this action shall proceed immediately against Defendant Belanger on the First Amendment retaliation claim only. (*See* ECF No. 15 at 17).

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 22) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before June 27, 2019.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action shall proceed immediately against Defendant Belanger on the First Amendment retaliation claim only.

DATED: May 24, 2019.

_____
UNITED STATES MAGISTRATE JUDGE