UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL A. FRIMMEL,

Plaintiff

v.

ROMEO ARANAS et al.,

Defendants

Case No. 3:18-cv-00144-RCJ-WGC

ORDER

**I. DISCUSSION**

Plaintiff seeks a third extension of time to file his first amended complaint up to and including July 4, 2019. (ECF No. 26 at 2). The Court grants the motion for extension of time this one last time. Plaintiff will file his first amended complaint on or before Friday, July 26, 2019. The Court will not grant any further extensions of time to file a first amended complaint. If Plaintiff fails to file a timely first amended complaint, this action will proceed immediately against Defendant Belanger on the First Amendment retaliation claim only. (*See* ECF No. 15 at 17).

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 26) is granted.

It is further ordered that Plaintiff will file his first amended complaint on or before Friday, July 26, 2019. The Court will not grant any further extensions of time.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will proceed immediately against Defendant Belanger on the First Amendment retaliation claim only.

DATED: July 1, 2019.

_____
UNITED STATES MAGISTRATE JUDGE