UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MICHAEL A. FRIMMEL, | Case No. 3:18-cv-00144-RCJ-WGC |
|---|---|
| Plaintiff | ORDER |
| v. | |
| ROMEO ARANAS, et al., | |
| Defendants | |

**I.  DISCUSSION**

Plaintiff seeks a 90-day extension of time to file his second amended complaint on or before May 19, 2020.  (ECF No. 34 at 1).  Plaintiff is at a Nevada Division of Forestry camp and does not have access to law clerks or a law library.  (*Id.* at 2).  The Court grants the motion for extension of time.  Plaintiff shall file his second amended complaint on or before Tuesday, May 19, 2020.  If Plaintiff fails to file a timely second amended complaint, curing the deficiencies outlined in the screening order, this action will be dismissed with prejudice.  (*See* ECF No. 33 at 10).

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 34) is granted.

It is further ordered that Plaintiff shall file his second amended complaint on or before Tuesday, May 19, 2020.

It is further ordered that, if Plaintiff fails to file a timely second amended complaint, curing the deficiencies outlined in the screening order, this action will be dismissed with prejudice.

DATED:  March 30, 2020.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE